ANNA M. ELGAR, Appellant, *v.* S. H. KRESS & Co., Respondent.

Submitted January 3, 1955; decided January 20, 1955.

*Charles F. Houghton* for motion.
*Sidney S. Levine* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days appellant serves and files an undertaking on appeal and pays $10 costs and within twenty days files the return, in which events motion denied.